UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM C. MAXWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01365-JRS-TAB |
| | ) | |
| DAKOTA MICHAEL Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO COMPEL PRODUCTION**

Before the Court are two motions from Plaintiff William C. Maxwell, proceeding *pro se*. On August 21, 2026, Plaintiff filed a motion for sanctions, asking the Court to enter default judgment against Defendants Dakota Michael and Chelsey Smith or, alternatively, to strike all deposition testimony or grant an adverse inference instruction. [Filing No. 226.] On August 28, 2026, Plaintiff filed a motion to compel production of his deposition videos from May 2026 and December 2025. [Filing No. 229.]

These motions are baseless. The Court dismissed this action with prejudice and issued final judgment on July 2, 2026. [Filing No. 209.] Since then, Plaintiff William C. Maxwell has filed a slew of motions and appealed the Court's order dismissing his case to the Seventh Circuit. [Filing No. 238.] As the Court stated in a recent order addressing other post-judgment motions filed by Plaintiff: "Resolution of this case was not difficult. Plaintiff was advised repeatedly that the Fifth Amendment did not apply when he invoked it. He nonetheless refused to testify to questions at his first and second depositions. Dismissal was an appropriate sanction for his abuse of the judicial process and proven inefficacy of lesser sanctions." [Filing No. 235, at ECF p. 2.]

These latest motions are without any sufficient basis. This case is closed and on appeal. Plaintiff should refrain from future frivolous filings, which require the Court to use valuable judicial time and resources in order to address them. *See, e.g., Montgomery v. Davis*, 362 F.3d 956, 957 (7th Cir. 2004) ("'Every paper filed . . . no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice.'" (Quoting *In re McDonald*, 489 U.S. 180, 184 (1989)).

Accordingly, Plaintiff's motion for sanctions [Filing No. 226] and Plaintiff's motion to compel production of his deposition videos [Filing No. 229] are denied.

Date: 10/19/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

WILLIAM C. MAXWELL
141 Vista Trail
Crossville, TN 38571